IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>ROXANNE ARI,<br>　　　　Petitioner.<br>_____ / | No. C 17-5180 WHA (PR)<br><br>**ORDER ADMINISTRATIVELY CLOSING CASE; INSTRUCTIONS TO CLERK**<br><br>(Dkt. No. 1) |

　　　This case was opened when petitioner, a prisoner of the State of California, filed a "notice of appeal and for appointment of attorney on appeal." Petitioner stated that she wanted to appeal a decision of the California Supreme Court denying her petition for a writ of habeas corpus. The clerk notified petitioner that she did not file a petition for a writ of habeas corpus or an application to proceed in forma pauperis ("IFP"). The clerk also mailed to petitioner a form petition, IFP application form, instructions for completing the forms, and a stamped return envelope. Petitioner has responded by filing a letter stating that she did not intend to file a civil action, but instead wanted to appeal the decision of the California Supreme Court to this court. Federal district courts are without subject matter jurisdiction to review state court decisions, and state court litigants may therefore only obtain federal review by filing a petition for a writ of certiorari in the Supreme Court of the United States. *See District of Columbia Court of Appeals v. Feldman*, 460 U.S. 462, 486-87 (1983); *Rooker v. Fidelity Trust Co.*, 263 U.S. 413, 416 (1923).

As petitioner states she did not intend to file a civil action in this court, the clerk shall administratively close this case has having been opened in error, and terminate any pending motions from the docket. No fee is due.

**IT IS SO ORDERED.**

Dated: September 26, 2017

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE